■ ABRAHAM I. SCHMITH et al., as Executors of HERMAN SCHMITH, Deceased, Appellants, v. HENRY FORNANDER, Respondent, et al., Defendant. HENRY FORNANDER, Respondent, v. ROSE SCHMITH et al., as Executors of HERMAN SCHMITH, Deceased, Appellants.— Judgment unanimously affirmed, with costs to the respondent. It should be noted that the judgment herein is not a bar that will prevent the executors from suing for salary allegedly accrued in favor of the deceased according to the contract between the parties up to the time of his death. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ. [26 Misc 2d 339.]

■ ESTELLA B. SANGUINETTI, Respondent, v. ALBERTO A. SANGUINETTI, Appellant.— Order, entered on May 25, 1959, granting plaintiff temporary alimony in the sum of $600 per month and counsel fees in the sum of $1,500, unanimously modified, on the law and on the facts, by reducing the award of temporary alimony to $300 per month on the ground the award was excessive, and by deleting the award for counsel fees without prejudice to an application to the trial court therefor, and, as so modified, affirmed, without costs. In view of the adverse interests between the first wife of defendant and the present plaintiff, propriety requires the attorney for plaintiff-respondent to arrange for the substitution of another attorney in his place. Order, entered on May 18, 1959, denying defendant's cross motion for summary judgment, unanimously affirmed, without costs. Appeal from order, entered on June 25, 1959, denying defendant's motion to vacate the order for temporary alimony and counsel fees, dismissed as academic in view of our decisions in the companion appeals decided herewith, without costs. Concur — Valente, J. P., McNally, Eager, Steuer and Bergan, JJ.

■ JUDITH C. SCHMIDT, Respondent, v. CITY OF NEW YORK, Defendant-Appellant and Third-Party Plaintiff-Appellant. VINCENT MARGIOTTA, Third-Party Defendant-Respondent.— Judgment in favor of plaintiff in the sum of $20,211, and dismissing the third-party complaint, reversed, on the law and on the facts, the verdict vacated, and a new trial granted, with costs to defendant-appellant, unless plaintiff stipulates to accept $15,000 in lieu of the award by verdict, in which event the judgment is modified to that extent, and is affirmed as thus modified, with costs to defendant-appellant. In this personal injury action, it is evident that the jury verdict is excessive in its award of damages, and that a verdict in excess of $15,000 is not warranted by the record. Concur — Valente, J. P., McNally and Steuer, JJ.; Eager and Bergan, JJ., dissent in the following memorandum: In our view the finding of liability against the City of New York is against the weight of the credible evidence. There should be a new trial on this issue. Settle order on notice.

■ JAMES A. BYRNE, Individually and Formerly Doing Business as CZECH FROZEN PASTRY COMPANY, Respondent, v. ZACK C. OSIAS et al., Individually and as Copartners under the Name of 357 EAST 71ST STREET COMPANY, Defendants, and CRYSTAL HALL, INC., Appellant.— Appeal by defendant Crystal Hall, Inc., from an order entered December 21, 1960 denying its motion to dismiss the complaint for legal insufficiency dismissed, with $20 costs and disbursements to respondent. An amended complaint has been served, thereby displacing the original complaint. The appeal has therefore been rendered moot (e.g., Mannaberg v. Culbertson, 262 App. Div. 1013; Gilchrest House v. Guaranteed Tit. & Mtge. Co., 276 App. Div. 778; Millard v. Delaware, Lackawanna & Western R. R. Co., 204 App. Div. 80). Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.